

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2014

No. 04-14-00251-CV

Gloria J. **SANCHEZ**,
Appellant

v.

**WELLS FARGO BANK, N.A.,**
Appellee

From the County Court, Wilson County, Texas
Trial Court No. CV-03862
Honorable Marvin Quinney, Judge Presiding

# O R D E R

In this accelerated appeal, Appellant's brief was due to be filed with this court on August 4, 2014. On that date, Appellant filed an unopposed first motion for a twenty-day extension of time to file Appellant's brief.

Appellant's motion is GRANTED. Appellant's brief is due on August 25, 2014.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court